IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-CR-417 (CKK) |
| | ) | |
| EVAN TANGEMAN | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for Defendant, EVAN TANGEMAN, *Nunc Pro Tunc* to May 15, 2025, pursuant to the Court's appointment under the Criminal Justice Act ("CJA").

Respectfully submitted

/s/
_____
Dwight E. Crawley, Esq.
DC Bar #: 472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley, Esq.