AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>EVAN TANGEMAN<br><br>_Defendant_ | Case: 1:24-cr-000417<br>Assigned To: Kollar-Kotelly, Colleen<br>Assign Date: 4/30/2025<br>Description: SUPERSEDING INDICTMENT (B)<br>Related Case No: 24-cr-417 (CKK) |

**FILED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**
MAY 13 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  **EVAN TANGEMAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 1962(d) (RICO Conspiracy)

  18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)


Date:  04/30/2025                                           _/s/ M.A. Upadhyaya_
                                                             _Issuing officer's signature_

City and state:  Washington, D.C.                MAGISTRATE JUDGE MOXILA A. UPADHYAYA
                                                             _Printed name and title_

---

**Return**

This warrant was received on _(date)_  05/12/2025 , and the person was arrested on _(date)_  05/13/2025
at _(city and state)_  Newport Beach CA .

Date:  05/13/2025                                           _/s/_
                                                             _Arresting officer's signature_

                                                             Dave Truong, Special Agent
                                                             _Printed name and title_