IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

UNITED STATES OF AMERICA    )
    )
    )
    )
v.    )    No. 1:24-CR-417-10-CKK
    )
    )
EVAN TANGEMAN    )
    Defendant    )

## DEFENDANT'S POSITION WITH RESPECT TO SENTENCING

COMES NOW the Defendant, EVAN TANGEMAN, by and through counsel, Dwight E. Crawley, and respectfully requests that this Court sentence him to a term of incarceration of 52 months. In support of his position, the defendant offers the following:

### I.    The Nature and Circumstances of the Offense

The defendant incorporates by reference the facts and circumstances proffered by the United States on December 8, 2025, during the defendant's plea hearing.

### II.    History and Characteristics of the Defendant

Mr. Tangeman was born in Las Vegas, Nevada and raised in Orange County, California by his adoptive mother. He does not have a relationship with his adoptive father and, although he does know his biological mother, he does not know his biological father. He has lived in California his entire life. The defendant and his adoptive mother struggled for a period as she was the only financial provider for their family. According to the defendant, his father gambled a lot and had anger issues. Ultimately, the defendant's parents divorced.

According to his adoptive mother, the defendant struggled with ADHD and dyslexia. These conditions adversely affected his performance in school. His mother maintains that the school

system did little to accommodate him and he lacked the necessary tools to flourish in school. Despite these challenges he graduated from high school, and he enrolled in college for a brief period.

The defendant has not been married and does not have any children. He has been in a relationship with his girlfriend for the past two years. She is very supportive of him.

### III.    The Sentencing Guidelines Range

The defendant acknowledges and adopts the guideline range presented by the United States Probation Office in the Pre-Sentence Investigation Report submitted to this Court. However, the defendant seeks a variance below the guidelines range calculated in this case and respectfully asks this court to sentence him to 52 months of incarceration.

### A.    Acceptance of Responsibility

By pleading guilty in a timely manner, the defendant has accepted full responsibility for his conduct.

### IV.    Other 3553(a) Factors

The guideline range, as calculated by Probation, in this case calls for a term of incarceration of 70-87 months. Although a sentence of 52 months falls below the range calculated by the probation officer, it promotes respect for the law, punishes the defendant for his conduct, and takes into consideration the defendant's criminal history. In fact, it is consistent with the average sentence imposed for other defendants with the same offense level and criminal history.

It is clear from the facts of this case that the defendant was not the mastermind of the conspiracy. However, he does not dispute that his conduct was essential to him and his co-defendants enjoying the fruits of their illegal acts. Moreover, he understands that his decision to encourage others to destroy evidence to avoid prosecution must be considered when determining a

reasonable sentence in this case.

As stated by the probation officer in this case, a variance below the guidelines is warranted. The defendant's lack of maturity and brain development played a significant role concerning his involvement in this case. It is also clear from his background that he experienced learning difficulties as a child.

A sentence of 52 months does not promote unwarranted disparity between similarly situated defendants in this case or others. Again, as pointed out by the probation officer in this case, the average sentence for someone similarly situated is 52 months.

The defendant is a capable person. He is employed and he has maintained employment for a number of months since his arrest. He accepted responsibility for his conduct. He spared the court and the government the enormous burden of a trial in this case and did not waste the government's resources with protracted litigation.

## **CONCLUSION**

A sentence of 52 months of incarceration adequately punishes the defendant for his conduct. It serves the ends of justice. It promotes respect for the law, deters future criminal conduct by the defendant and others, and does not provide unwarranted disparity between the defendant and those similarly situated.

Finally, upon his release from incarceration, the defendant will be placed on supervised release for several years. He will have to adhere to the rules promulgated by this court and Probation. Failure to abide by the terms and conditions of supervised release will result in the defendant being brought back before this court and placed at risk of an additional term of incarceration.

Respectfully submitted.

EVAN TANGEMAN

/s/

_____

Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

## CERTIFICATE

I hereby certify that on the 10th day of April 2026, I filed this document with the Clerk of Court via ECF.

/s/

_____

Dwight E. Crawley