IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:24-CR-00417-CKK |
| | ) | |
| | ) | |
| EVAN TANGEMAN | ) | |
| Defendant | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL TO LAS VEGAS FOR HIS BIRTHDAY**

COMES NOW, the Defendant, EVAN TANGEMAN, by and through counsel, Dwight E. Crawley, and respectfully moves this Court to grant him permission to travel to Las Vegas, Nevada for his birthday.  Specifically, Mr. Tangeman would like to travel to and from Las Vegas and his home from May 29, 2026 – May 31, 2026.  Counsel has spoken with United States Probation and Pre-Trial Services Officer, Joey Trabucco, and Assistant United States Attorney, Christopher Howland, about this request. Mr. Trabucco does not oppose this request; however, he defers to this Honorable Court.  Mr. Howland does not take a position; he defers to this Honorable Court.

WHEREFORE, the defendant respectfully requests that this Court grant this motion to travel to and from Las Vegas, Nevada and his home on May 29, 2026 – May 31, 2026, with the defendant receiving final logistical approval concerning his travel from United States Probation and Pre-trial Services Officer, Joey Trabucco.

Respectfully submitted.

EVAN TANGEMAN

/s/
_____

Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

<u>CERTIFICATE</u>

I hereby certify that on the 22nd day of May 2026, I filed this document with the Clerk of Court via ECF.

/s/

_____
Dwight E. Crawley