IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

UNITED STATES OF AMERICA )
)
)
)
v. )          No. 1:24-CR-00417-CKK
)
)
EVAN TANGEMAN )
    Defendant )

**DEFENDANT'S MOTION TO DELAY HIS SELF-SURRENDER UNTIL AUGUST 2, 2026, FOR MEDICAL AND PERSONAL REASONS**

COMES NOW, the Defendant, EVAN TANGEMAN, by and through counsel, Dwight E. Crawley, and respectfully moves this Court to allow him to surrender on August 2, 2026. The defendant is currently expected to surrender on July 22, 2026. He asserts that he needs more time to deal with a medical issue concerning his stomach (blood in his saliva) and he would like to celebrate his girlfriend's birthday on July 25, 2026,

WHEREFORE, the defendant respectfully requests that this Court grant this motion and allow him to surrender on August 2, 2026.

Respectfully submitted.

EVAN TANGEMAN

/s/

_____

Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone

(888) 804-1806 Fax
vadclawyer@gmail.com

## CERTIFICATE

I hereby certify that on the 19th day of July 2026, I filed this document with the Clerk of Court via ECF.

/s/

_____

Dwight E. Crawley